

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00736-CV

Annah Cardash **BERRY**,
Appellant

v.

Starrett **BERRY** and Laura Berry,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13859
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant Annah Cardash Berry has filed a notice stating that she filed for relief under the United States Bankruptcy Code on January 18, 2015. The notice states that the bankruptcy proceeding is pending in the United States Bankruptcy Court for the Western District of Texas, Austin Division, under Case No. 15-10080. Accordingly, the appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court